[No. 13665-5-III.   Division Three.   September 22, 1994.]

GEORGE BRINK, *Respondent*, v. LEROY HAHN, ET AL,
*Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-02216-1, James M. Murphy, J., entered November 5, 1993. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 16850-2-II.   Division Two.   September 23, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. THOMAS J.
REYNOLDS, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 92-1-00287-9, David E. Foscue, J., entered January 4, 1993. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Alexander, J.

[No. 16849-9-II.   Division Two.   September 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMON
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 222233R150, Frederick B. Hayes, J., entered December 15, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.

[No. 16842-1-II.   Division Two.   September 23, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. JONATHAN
GRIFFITH, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 92-1-00218-8, David R. Draper, J., entered January 8, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Alexander, J.